77 F.3d 463
 Michael J. Postava, Michael Butya, Frank Marko, Terry
Ambrose, Daniel Dugan, Stephen R. Lipa, II, James S.
Bradley, Frank Gianino, Jr., Edward J. Krall, Jr., David C.
Andrascik, Scott A. Kost, James A. Felt, Robert Monyak, Kenneth Banas
v.
Robinson Township, (2 Cases)
 NOS. 95-3190, 95-3216
 United States Court of Appeals,
Third Circuit.
 Jan 18, 1996
 
 Appeal From: W.D.Pa., No. 94-01951, Bloch, J.
 
 
 1
 AFFIRMED.